# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Sidney Stagg
In Proper Person
2024 Elder Street
Lake Charles LA 70601

**REHEARING ACTION: April 29, 2015**

**Docket Number: 15   00109-CM**

**SIDNEY STAGG**
**VERSUS**
**CEQUEL III COMMUNICATIONS, I,**
**LLC, ET AL.**

**Motion from Calcasieu Parish Case No. 2013-3963**

<u>**BEFORE JUDGES**</u>**:**

    Hon. Sylvia R. Cooks
    Hon. Marc T. Amy
    Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sidney Stagg** has this day been

    **DENIED.**

cc: Christian Brownell Bogart, Counsel for the Appellee
   Nicole Anne Boyer, Counsel for the Appellee